**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

Civil Action No. 06 - CV - 00947-$\beta NB$

MAY 19 2006

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

GREGORY C. LANGHAM
CLERK

DORSI LEA ADAMS,

      Plaintiff,

v.

JOAN M. SHOEMAKER, Warden, DWCF,
NOBLE WALLACE, Assistant Warden, DWCF,
JOEL LEVY, CM III, DWCF,
DAN DEPRIEST, CM I, DWCF,
SCOTT HALL, Custody and Control Manager, DWCF,
BRENDA NOBLE, Drug and Alcohol Specialist, DWCF,
BARBARA STREHLOW, CM I, DWCF,
CHARLES SMITH, Director of Mental Health, DWCF,
ANTHONY DECESARO, Grievance Officer, DWCF,
JOE STOMMEL, Director of Drug and Alcohol, and
KARL GILGE, Chief of Case Management,

      Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915, a Request for Appointment of Counsel, and a Complaint.  The court

has determined that the documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action.  Plaintiff will be directed to cure the following if she wishes to pursue her

claims.  Any papers which the Plaintiff files in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month
          period immediately preceding this filing
(4)   __   is missing required financial information
(5)   __   is missing an original signature by the prisoner
(6)   __   is not on proper form (must use the court's current form)
(7)   __   names in caption do not match names in caption of complaint, petition or
          habeas application
(8)   __   An original and a copy have not been received by the court.
          Only an original has been received.
(9)   __   other: _____

**Complaint, Petition or Application**:
(10)  __   is not submitted
(11)  __   is not on proper form (must use the court's current form)
(12)  __   is missing an original signature by the prisoner
(13)  __   is missing page nos. ___
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   An original and a copy have not been received by the court.  Only an
          original has been received.
(16)  __   Sufficient copies to serve each defendant/respondent have not been
          received by the court.
(17)  _X_  names in caption do not match names in text
(18)  _X_  other: improperly deleted "Prisoner" on "Prisoner Complaint" form.

Accordingly, it is

        ORDERED that the clerk of the court commence a civil action in this matter.  It is

        FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

        FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _19th_ day of _May_____, 2006.

BY THE COURT:


_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00947-**BNB

Dorsi Lea Adams
Prisoner No. 93085
DWCF
3600 Havana
Denver, CO 80239

Dorsi Lea Adams
1641 Irving St.
Denver, CO 80204

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 5-19-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk